# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Justin Lile Constant, Federal ID No 1073724

Admission date: May, 7, 2010

Dated May 22, 2025, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Heather McCalip, Deputy Clerk

